UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO. 0:23-cv-62277-WPD

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ISLE OF PARADISE "B", INC., ISLE OF PARADISE "C", INC., and ISLE OF PARADISE "E", INC., | ) ) ) ) ) |
| Defendants. | ) ) ) |

## JOINT MOTION TO ENTER CONSENT DECREE BETWEEN UNITED STATES AND DEFENDANT ISLE OF PARADISE "C", INC.

The Plaintiff, United States of America, and Defendant Isle of Paradise "C", Inc. ("Defendant"), jointly move this Honorable Court to enter the attached Consent Decree in full resolution of the claims against this Defendant in this case.

1. On November 30, 2023, the United States initiated this lawsuit to enforce the provisions of Title VIII of the Civil Rights Act of 1968, as amended, 42 U.S.C. §§ 3601 *et seq.* (the "Fair Housing Act"). This lawsuit was brought under 42 U.S.C. § 3614(a), the Attorney General's authority to seek redress for a

1

pattern or practice of housing discrimination and for a denial of rights to a group of persons that raises an issue of general public importance.

2. The United States and Defendant agree that the Court has jurisdiction over this action and may grant the relief sought herein under 28 U.S.C. §§ 1331 and 1345, and 42 U.S.C. § 3614(a); and that venue is proper under 28 U.S.C. § 1391(b).

3. The United States and Defendant agree that the claims against Defendant should be resolved without further proceedings.

4. The Consent Decree, if entered by this Court, shall constitute full resolution of the claims against Defendant Isle of Paradise "C", Inc. in the United States' Complaint.

WHEREFORE, the United States and Defendant jointly request that this Court approve and enter the attached Consent Decree.

Dated: January 8, 2024

Respectfully submitted,

*For the United States of America:*

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

CARRIE PAGNUCCO
Chief

*s/Chantel Doakes Shelton*
CHANTEL DOAKES SHELTON
Assistant United States Attorney
Florida Bar No: 0118626
United States Attorney's Office
500 E. Broward Blvd., Ste. 700
Fort Lauderdale, FL 33394
Phone: (954) 660-5770 (office)
Phone: (786) 564-9123 (cell)
Chantel.DoakesShelton@usdoj.gov

*s/Katie Legomsky*
MICHAEL S. MAURER
Deputy Chief
KATIE LEGOMSKY
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Phone: (202) 598-6587
Kathryn.Legomsky@usdoj.gov

*s/Veronica Harrell-James*
VERONICA HARRELL-JAMES
Assistant United States Attorney
Florida Bar No. 644791
United States Attorney's Office
101 US-1 South, 3rd Floor
Fort Pierce, Florida 34950
Phone: (772) 293-0982
Veronica.Harrell-James@usdoj.gov

3

*Counsel for Defendant, Isle of Paradise "C", Inc.:*

ILAN MARKUS
Florida Bar No. 097284
Barclay Damon LLP
545 Long Wharf Drive, Ninth Floor
New Haven, Connecticut 06511
Phone: (203) 672-2661
imarkus@barclaydamon.com